**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00611-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KENNARD HENRY RICHARDS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-57714-X**

## ORDER

The clerk's record is overdue in this appeal. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/     LANA MYERS
JUSTICE